# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN VILLEGAS, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:23-cv-00548-SSC<br><br>*Assigned to District Judge: Stephanie S. Christensen*<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: August 26, 2024        By: _____
　　　　　　　　　　　　　　　　　Hon. Stephanie S. Christensen,
　　　　　　　　　　　　　　　　　United States Magistrate Judge